GIUSEPPE BARBATI, as Administrator, etc., Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment

affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Shearn, J., dissented.